```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 17960
     ALLEN LEE
                                                 CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

         Debtor
     SSN XXX-XX-5123


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/01/2007 and was not confirmed.

     The case was dismissed without confirmation 12/12/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG        .00            .00            .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE    7542.52            .00            .00
CITY OF CHICAGO WATER DE  SECURED           300.00            .00            .00
CITY OF CHICAGO WATER DE  SECURED           200.00            .00            .00
CITY OF CHICAGO WATER DE  SECURED           300.00            .00            .00
COOK COUNTY TREASURER     SECURED           600.00            .00            .00
COOK COUNTY TREASURER     SECURED           600.00            .00            .00
COOK COUNTY TREASURER     SECURED           600.00            .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE   19891.01            .00            .00
EMIGRANT MORTGAGE CO      CURRENT MORTG        .00            .00            .00
EMIGRANT MORTGAGE CO      MORTGAGE ARRE    5000.00            .00            .00
PEOPLES CHOICE HOME LOAN  CURRENT MORTG        .00            .00            .00
PEOPLES CHOICE HOME LOAN  MORTGAGE ARRE    2800.00            .00            .00
BANK ONE                  UNSEC W/INTER  NOT FILED            .00            .00
BELL WEST CREDIT UNION    UNSEC W/INTER    5994.18            .00            .00
FIRST DATA MERCHANT SVC   UNSEC W/INTER  NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER   10497.54            .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER  NOT FILED            .00            .00
ALPHONSO WILLIAMS         NOTICE ONLY    NOT FILED            .00            .00
BARABARA DOUGLAS          NOTICE ONLY    NOT FILED            .00            .00
LISA DOUGLAS              NOTICE ONLY    NOT FILED            .00            .00
NICHOLAS & SHARNIE RAMSE  NOTICE ONLY    NOT FILED            .00            .00
ROSIE MATTHEWS            NOTICE ONLY    NOT FILED            .00            .00
SAMIRIA WRIGHT            NOTICE ONLY    NOT FILED            .00            .00
THOMAS MCCOY              NOTICE ONLY    NOT FILED            .00            .00
HSBC BANK USA             NOTICE ONLY    NOT FILED            .00            .00
HSBC BANK USA             NOTICE ONLY    NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      1,814.00                          .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 17960 ALLEN LEE
```

```
--------------------------------------------------------------------------
TRUSTEE                                                  .00

PRIORITY                                                                .00
SECURED                                                                 .00
UNSECURED                                                               .00
ADMINISTRATIVE                                                          .00
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                           .00
                                               ---------------   ---------------
TOTALS                                                  .00              .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/27/08                       /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE